U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **YVETTE BAILEY AND KENNETH ROMER,**<br>*Plaintiffs,*<br><br>V.<br><br>**SANTANDER BANK, N.A., MARY JANE CAVANAUGH, AND CAVANAUGH APPRAISALS, LLC,**<br>*Defendants.* | CASE NO: 3:23-cv-00129-JAM<br><br><br><br><br>FEBRUARY 28, 2023 |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 7(b), defendants, Mary Jane Cavanaugh, and Cavanaugh Appraisals, LLC ("Defendants") respectfully moves for an extension of time of thirty (30) days, up to and including March 31, 2023, to answer Plaintiffs' Complaint. Defendants' counsel was recently retained and needs additional time to confer with its clients in order to respond adequately. This is Defendants' first motion for extension of time for filing an answer to the Complaint. Plaintiffs' counsel consents to this Motion. This brief extension will not prejudice the parties or the Court.

WHEREFORE, for the foregoing reasons, defendants, Mary Jane Cavanaugh, and Cavanaugh Appraisals, LLC respectfully request that the Court grant this Consent Motion Extension of Time until March 31, 2023 to respond to the Complaint.

## **CERTIFICATION**

I hereby certify that on this 28th day of February, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

/s/ Aubrey E. Blatchley_____
Aubrey E. Blatchley