U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YVETTE BAILEY AND KENNETH ROMER,<br>   *Plaintiffs*,<br><br>V.<br><br>SANTANDER BANK, N.A., MARY JANE CAVANAUGH, AND CAVANAUGH APPRAISALS, LLC,<br>   *Defendants*. | CASE NO: 3:23-cv-00129-JAM<br><br><br><br><br><br><br>NOVEMBER 21, 2023 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO AND/OR OBJECT TO PLAINTIFF'S MOTION TO COMPEL RESPONSES BY THE CAVANAUGH DEFENDANTS

Defendants Mary Jane Cavanaugh and Cavanaugh Appraisals, LLC ("Defendants") respectfully move for an extension of time of two weeks (fourteen days) from the current deadline, up to and including December 12, 2023, to object and respond to Plaintiff's Motion to Compel Discovery Responses. The current deadline to respond to Plaintiffs' Motion falls on the Tuesday after the Thanksgiving holiday. Given office closures, and counsel and client unavailability due to the holiday, the current deadline is not practicable. In addition, the parties are currently attempting to resolve this matter with the assistance of Hon. Thomas Farrish and Cavanaugh Defendants would like to contain costs while they focus efforts on resolution. Although we reached out to Plaintiffs' counsel to obtain their position on the brief extension, no response was received as of the time of filing.

WHEREFORE, for the foregoing reasons, Defendants Mary Jane Cavanaugh and Cavanaugh Appraisals, LLC respectfully request that the Court grant this Motion for Extension of Time.

DEFENDANTS,
MARY JANE CAVANAUGH, AND
CAVANAUGH APPRAISALS, LLC

By *Aubrey E. Blatchley*
 Cullen W. Guilmartin (Juris No. ct27667)
 Aubrey E. Blatchley (Juris No. ct26578)
 Gordon & Rees Scully Mansukhani, LLP
 95 Glastonbury Boulevard, Suite 206
 Glastonbury, CT 06033
 Phone: 860-278-7448
 Fax: 860-560-0185
 Email: cguilmartin@grsm.com
 Email: ablatchley@grsm.com

## **CERTIFICATION**

I hereby certify that on this 21th day of November, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

                                                  */s/ Aubrey E. Blatchley*
                                                   Aubrey E. Blatchley

1301423/80463359v.1